AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

TEAMSTERS LOCAL UNION NO. 727
HEALTH AND WELFARE FUND,
TEAMSTERS LOCAL UNION NO. 727
PENSION FUND and TEAMSTERS
LOCAL UNION NO. 727 LEGAL AND
EDUCATIONAL ASSISTANCE FUND,
　　　　　　　　　　　Plaintiffs,

v.

STALTERI FUNERAL SERVICES, INC.,
an Illinois Corp.,
　　　　　　　　　　　Defendant.

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: 08CV4538

ASSIGNED JUDGE: JUDGE LEFKOW

DESIGNATED MAGISTRATE JUDGE: MAGISTRATE JUDGE ASHMAN

TO: (Name and address of Defendant)

STALTERI FUNERAL SERVICES, INC., an Illinois Corp.
c/o: James V. Stalteri, Registered Agent
10332 S. 81st Avenue
Palos Hills, IL 60465

YOU ARE HEREBY SUMMONED and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

ROBERT B. GREENBERG, ESQ.
ASHER, GITTLER, GREENFIELD & D'ALBA, LTD.
200 West Jackson Boulevard
Suite 1900
Chicago, Illinois 60606
(312) 263-1500

an answer to the complaint which is herewith served upon you, within ___20___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Michael W. Dobbins, Clerk

_(signature)_
(By) DEPUTY CLERK

August 11, 2008
Date

| | | |
|---|---|---|
| ClientCaseID: ROBERT<br>Law Firm ID: ASHER |  | CaseReturnDate: 9/12/08<br>Affidavit of Special Process Server |

## UNITED STATES DISTRICT COURT

Case Number **08CV4538**

I, MICHAEL P. FEEHAN

FIRST DULY SWORN ON OATH STATES THAT I AM OVER 18 YEARS OF AGE AND NOT A PARTY TO THIS SUIT AND IS A REGISTERED EMPLOYEE OF ILLINOIS DEPARTMENT OF PROFESSIONAL REGULATION PRIVATE DETECTIVE AGENCY #117-001292 STERN PROCESS & INVESTIGATION LLC 205 W. RANDOLPH ST. CHICAGO IL 60606

## CORPORATE SERVICE

THAT I SERVED THE WITHIN   **SUMMONS AND COMPLAINT**
ON THE WITHIN NAMED DEFENDANT   **STALTERI FUNERAL SERVICES, INC.**
PERSON SERVED   **JAMES STALTERI (REGISTERED AGENT)**
BY LEAVING A COPY OF EACH WITH THE SAID DEFENDANT ON **8/24/08**

That the sex, race and approximate age of the person whom I left the   SUMMONS AND COMPLAINT
are as follow:

Sex  MALE   Race  WHITE   Age  50
Height  6'0"   Build  THIN   Hair  BROWN

LOCATION OF SERVICE   **26410 IVY LANE**
**CHANNAHON, IL,**

Date Of Service   8/24/08       Time of Service   8:00 AM

_____
MICHAEL P. FEEHAN        8/25/2008
**Special Process Server**
P.E.R.C. #129-157466

Under penalties of perjury as provided by law pursuant to Section 1-109 of the Code of Civil Procedure, the undersigned certifies that the statement are true and correct, except as to matters therein stated to be on information and belief and such matters the undersigned certifies as aforesaid that he/she verily believes same to be true.

Total:   $55.00